# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

RODERICK DEMARIUS FREEMAN  
ADC #153597                                                                                           PLAINTIFF

V.                              No. 2:23-CV-13-LPR-JTR

HARPER, Correctional Officer (Turnkey),  
Crittenden County Detention Center, *et al.*                                            DEFENDANTS

## ORDER

The Motion to Substitute Counsel for Separate Defendant Marni Dickerson (*Doc. 22*) is GRANTED. Attorney Joe M. Rogers is terminated as attorney of record for Defendant Dickerson. Attorney Colin C. Heaton is substituted in place of Attorney Rogers.

SO ORDERED, this 24th day of October, 2023.

_____  
UNITED STATES MAGISTRATE JUDGE