# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**RODERICK DEMARIUS FREEMAN**                       **PLAINTIFF**
**ADC #153597**

v.                  Case No: 2:23-cv-00013-LPR

**ANDRE HARPER, et al.**                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 43) and the Plaintiff's Objections (Doc. 44). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment (Doc. 36) is GRANTED. Plaintiff's retaliation and sexual harassment claims against Defendants Harper, Mitchell, Beard, Thomas, Bonner, and Knighten are DISMISSED without prejudice based on Plaintiff's failure to fully exhaust his administrative remedies. Plaintiff's delayed and inadequate medical care claim against Defendant Dickerson is also DISMISSED without prejudice for failure to exhaust administrative remedies. The Clerk is instructed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 3rd day of September 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE